**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 02-2222**

_____

MICHELLE L. REAGAN,

                                        Plaintiff - Appellant,

        versus

GORDON R. ENGLAND, in his official capacity as
Secretary of the Navy,

                                        Defendant - Appellee.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  J. Frederick Motz, District Judge.  (CA-
02-373-JFM)

_____

Submitted:  March 28, 2003          Decided:  March 24, 2004

_____

Before MICHAEL, GREGORY, and SHEDD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

David H. Shapiro, Richard L. Swick, SWICK & SHAPIRO, P.C.,
Washington, D.C., for Appellant.  Thomas M. DiBiagio, United States
Attorney, Kristine L. Sendek-Smith, Assistant United States
Attorney, Baltimore, Maryland, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Michelle L. Reagan appeals the district court's order granting summary judgment in favor of her former employer in this employment discrimination action. We have reviewed the parties' briefs, the district court's order, and the joint appendix and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Reagan v. England, No. CA-02-373-JFM (D. Md. filed Sept. 4, 2002, and entered Sept. 5, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED